■ In the Matter of JAMES R. DUMPSON, as Commissioner of Welfare of the City of New York, Respondent, v. WILLIAM (PAELLIDES) PAVLOU, Appellant.— Motion by appellant for a stay of the enforcement of a support order pending appeal therefrom, granted on condition that, within 10 days after entry of the order hereon, appellant shall file an undertaking for $1,000, with corporate surety, that during the pendency of such appeal he will pay the amount directed to be paid (by said order) to the Family Court Division, Domestic Relations Court of the City of New York, Queens County, for the support of Elizabeth Paellides, the person in whose behalf this proceeding is being prosecuted. Motion by appellant to dispense with the printing of all exhibits, granted; the originals to be submitted on the argument of the appeal. Kleinfeld, Acting P. J., Christ, Hill, Rabin and Hopkins, JJ., concur.

■ In the Matter of DENNIS P. LUBOHUK, Petitioner, v. COUNTY COURT, QUEENS COUNTY, Respondent.— Motion by petitioner for leave to appeal to the Court of Appeals denied. Kleinfeld, Acting P. J., Christ, Hill, Rabin and Hopkins, JJ., concur.

■ IRVING L. GALE, Respondent, v. JANCO TAXI, INC., et al., Defendants, and JOHN HOLONITCH, Appellant.— Motion by appellant for a stay, pending appeal, granted on condition that appellant perfect the appeal and be ready to argue or submit it on May 4, 1962; appeal ordered on the calendar for said date. The record and appellant's brief must be served and filed on or before April 25, 1962. Kleinfeld, Acting P. J., Christ, Hill, Rabin and Hopkins, JJ., concur.

■ EUGENIA CARBONERO, Respondent, v. JOSEPH CARBONERO, Appellant.— Motion by appellant for a stay pending appeal granted on condition: (1) that appellant shall continue to pay respondent alimony of $17.50 a week; and (2) that appellant shall perfect the appeal and be ready to argue or submit it at the June Term, beginning May 21, 1962. The appeal is ordered on the calendar for said term. The record and appellant's brief must be served and filed on or before May 8, 1962. Beldock, P. J., Ughetta, Christ, Hill and Hopkins, JJ., concur.

## (April 16, 1962)

■ FAITH E. BLANCHETTE, Appellant, v. CHARLES G. L. BLANCHETTE, Respondent.— Motion by appellant for stay of execution of order, pending appeal therefrom, denied. Beldock, P. J., Ughetta, Kleinfeld, Christ and Brennan, JJ., concur.

■ MARY SACCONE, Respondent, v. STEPHEN SACCONE, Appellant.— Motion by appellant to appeal as a poor person, to extend time to perfect his appeal, and for a stay pending appeal, denied. Beldock, P. J., Ughetta, Kleinfeld, Christ and Brennan, JJ., concur.

■ MANDEL'S INTERIOR DECORATORS, INC., Respondent, v. RELIANCE INSURANCE COMPANY, Appellant.— Motion by defendant-appellant for leave to appeal to this court from an order of the Appellate Term, granted. Kleinfeld, Acting P. J., Christ, Hill, Rabin and Hopkins, JJ., concur.